UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**SENTENCING MINUTES FOR**
**HONORABLE JOSE E. MARTINEZ**

Deft: Andres Porfirio Rodriguez          Case No: 15-20169-CR-Martinez

Clerk: Wanda Holston          USPO: Syreta Gould

Reporter: Dawn Savino          Counsel: Frank Prieto; Todd Onore

AUSA: Brian Dobbins

Interpreter: Spanish

**JUDGEMENT AND SENTENCE**

| Imprisonment: | Months | Count(s) |
|---|---|---|
|  | 102 | 1 |

| **Supervised Release**/Probation | Year(s) | Count(s) |
|---|---|---|
|  | 3 | 1 |

Dismiss remaining counts of the Superseding Indictment as to this defendant upon the motion of the government.

**Special Conditions:** Permissible Search; Financial Disclosure Requirement; Mental Health Treatment; No New Debt Restriction; Unpaid Restitution, Fines, or Special Assessment.

Special Assessments: $100/Restitution in the amount of $84,000, joint several with co-defendants.

Court advised defendant of right to appeal.

**CUSTODY**

_____ Remanded to the Custody of the U.S. Marshal Service in Miami, Florida.
_____ Release on Bond pending appeal.
_____ Self- Surrendered to U.S. Marshal Service at _____

Commitment Recommendation:   The defendant shall be assigned to a facility as close to South Florida as possible commensurate with his background and the offense of which he stands convicted.